AUSA Angel M. Krull (312) 886-2954

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 09 CR 0131 |
| | ) Case No. | |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| ROGELIO BARAJAS | ) | |

FILED
FEB 1 2 2009
FEB 12, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT IN REMOVAL PROCEEDING

I, BRENT MORAN, personally appearing before United States Magistrate Judge JEFFREY COLE and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that ROGELIO BARAJAS (hereinafter "Barajas"), has been charged by Indictment in the Central District of Illinois with the following criminal offenses: Drug Trafficking Conspiracy, in violation of 21 United States Code, Sections 846 and 841(b)(1)(A), and Use of Telephone in Furtherance of Drug Trafficking Crime, in violation of 21 United States Code, Sections 843(b) and 843(d).

A copy of the Indictment is attached. I have been informed through official channels that a warrant for the arrest of Barajas has been issued pursuant to the Indictment. A copy of the arrest warrant also is attached.

BRENT MORAN
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 12th day of February, 2009.

JEFFREY COLE
United States Magistrate Judge

Case: 1:09-cr-00131 Document #: 1 Filed: 02/12/09 Page 2 of 5 PageID #:2

FEB-12-2009 13:28 From:U.S. DIST. CLERK    3096717120    To:309 671 7255    P.2/3

-cr-10088-JBM-JAG "SEALED"    # 4 (Court only)    Page 1 of 2

E-FILED
Thursday, 23 October, 2008 09:34:27 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **WARRANT FOR ARREST** |
| Plaintiff ) | |
| ) | |
| vs ) | CASE NO. 08-10088 |
| ) | |
| Rogelio Barajas ) | |
| 3852 W. 82nd Pl. ) | |
| Chicago, IL ) | |
| Defendant ) | |

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Rogelio Barajas*, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with:

Count 1 - Drug trafficking conspiracy, in violation of Title 21, United States Code, Section(s) 846;

Counts 2-4 - Use of telephone in furtherance of a drug trafficking crime, in violation of 21 U.S.C. §843(b) and 843(d).

s/ Pamela E. Robinson

PAMELA E. ROBINSON              CLERK U.S. DISTRICT COURT
Name of Issuing Officer          Title of Issuing Officer

s/ T. Kelch                      10/23/08 at Peoria, IL
Signature of Issuing Officer     Date and Location

Bail fixed at $ **NO BOND** by U.S. MAGISTRATE JUDGE JOHN A. GORMAN

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | Signature of Arresting Officer |
| Date Received | Name of Arresting Officer | |
| Date of Arrest | Title of Arresting Officer | |

COPY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

OCT 2 2 2008

PAMELA E. ......, CLERK
U.S. DIST... .. COURT
CENTRAL DIST... OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-10086 |
| v. ) | |
| ) | VIO: Title 21, United States |
| ROGELIO BARAJAS, ) | Code, Sections 846, |
| ) | 841(b)(1)(A), 843(b), and 843(d) |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

(Drug Trafficking Conspiracy)

1. From in or about 2002 and continuing through at least in or about July 2007, in the Central District of Illinois and elsewhere, the defendant,

**ROGELIO BARAJAS,**

did knowingly conspire with persons known to the grand jury and persons unknown to the grand jury to violate the laws of the United States, that is: to knowingly distribute and knowingly possess with intent to distribute a mixture and substance containing cocaine and a mixture and substance containing cocaine base (crack), both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The conspiracy involved more than five (5) kilograms of a mixture and substance containing cocaine and more than fifty (50) grams of a mixture and substance containing cocaine base (crack), in violation of Title 21 United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNTS TWO THROUGH FOUR

(Use of Telephone in Furtherance of Drug Trafficking Crime)

On or about the dates and times set forth in the chart below, in the Central District of Illinois and elsewhere, the defendant,

### ROGELIO BARAJAS,

did knowingly and intentionally use a communication facility, to wit: a telephone, to commit and to cause and facilitate the commission of an act and acts constituting a felony under Title 21, United States Code, Section 846, which is the offense of conspiracy charged in Count One of this indictment.

| Count | Date | Approximate Time |
|---|---|---|
| 2 | 1/24/2006 | 4:00 p.m. |
| 3 | 1/25/2006 | 4:22 p.m. |
| 4 | 3/2/2006 | 3:39 p.m. |

All in violation of Title 21, United States Code, Sections 843(b) and 843(d).

_____
RODGER A. HEATON
UNITED STATES ATTORNEY
grw

3